UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **SHERRY L. GRAY,** | ] |
| Plaintiff, | ] |
| vs. | ] CV 09-J-1323-NE |
| **MICHAEL J. ASTRUE,** **Commissioner of the Social Security Administration**, | ] ] ] |
| Defendant. | |

## MEMORANDUM OPINION

This matter is before the court on the record and the briefs of the parties. The court has jurisdiction pursuant to 42 U.S.C. § 405. The plaintiff is seeking reversal and remand of the final decision of the Commissioner. All administrative remedies have been exhausted.

The plaintiff applied for Disability Insurance Benefits and Supplemental Security Income on October 3, 2006, alleging an inability to work since September 20, 2006 (R. 92-99), due to back pain, anxiety and panic attacks (R. 128, 143). The application was denied by an Administrative Law Judge on September 24, 2008 (R. 18). The ALJ's determination became the final decision when the Appeals Council denied the plaintiff's request for review (R. 1-3).

The sole function of this court is to determine whether the decision of the Commissioner is supported by substantial evidence and whether the correct legal standards were applied. *Bloodsworth v. Heckler*, 703 F.2d 1233 (11th Cir. 1983). The court has carefully reviewed the entire record in this case and is of the opinion that the

Commissioner's decision is supported by substantial evidence and that the proper legal standards were applied in reaching that decision.

The medical evidence in the record at the time of the hearing demonstrates that the plaintiff has complained of ongoing low back pain since 2005 (R. 161-183). These records reflect a finding of degenerative disc disease at L4-5 and L5-S1 from an MRI (R. 184), muscle spasms, and anxiety. The plaintiff was prescribed Lortab for pain, Soma for muscle spasms, and Xanax for anxiety. (R. 161-183). She also received epidural injections for back pain (R. 165, 181-182). A consultative psychological examination in November 2006 concluded that the plaintiff suffered from opiate and benxodiazepine dependance, adjustment disorder with anxiety, degenerative disc disease, and had a current Global Assessment of Functioning Score of 58 (R. 213-215). The examiner noted the plaintiff to be "compliant" and a "dramatic informant" (R. 216). A consultative medical examination, also in November 2006, noted the plaintiff could move from the chair to the exam table "without much difficulty," had some discomfort in her lower back without evidence of muscle spasms, had a normal gait, and was able to heel, toe walk and squat "with some difficulty" (R. 218-220).

In August 2007 one of plaintiff's treating physicians recommended that the plaintiff gradually reduce her narcotic medication and noted her symptoms were "fairly well controlled" on Xanax, Lortab and Zantac" (R. 259). In November 2007 she was again advised to cut down on the use of anxiety and pain medication to an "as needed basis (R. 258). Again in April 2008 the plaintiff was warned that she needed to cut down her use of Xanax and narcotic pain medication (R. 257).

Given the evidence presented to the ALJ and this court, the court cannot conclude the decision of the ALJ was against the weight of the evidence. Accordingly, the decision of the Commissioner must be affirmed.

Done, this 30th day of November, 2009.

*[signature]*
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE